In the Matter of RANDOLPH M. NEWMAN, an Attorney.— Reference
ordered to Hon. Henry A. Gildersleeve, official referee.  Present — Clarke,
P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.